**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| **MARIA J. BRUNSWICK,** | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )　　　　**2:11 CV 27** |
| | ) |
| **MENARD, INC.,** | ) |
| **Defendant.** | ) |

## O R D E R

In March of this year the court referred defendant's "Motion to Exclude

Plaintiff's Healthcare Providers" (DE # 34) to Magistrate Judge Andrew Rodovich

pursuant to 28 U.S.C. § 636(b)(1)(A), FED. R. CIV. P. 72(a) and LOCAL RULE 72-1(b), for

resolution. Instead of a determinative ruling on the matter, however, Magistrate Judge

Rodovich issued a report and recommendation. (DE # 40.) This procedural glitch is of

no consequence, however, because neither party has filed any objection to the report

and recommendation. Therefore, the court now **ADOPTS** the report and

recommendation as its own. Accordingly, defendant's motion to exclude (DE # 34) is

**GRANTED IN PART** and **DENIED IN PART**, as is explained in the now-adopted

report and recommendation. Briefly stated, the motion is **DENIED** with respect to Dr.

Foreit; as to Dr. Khanna and Dr. Dasari, the motion is **DENIED** with respect to their

testimony concerning plaintiff's treatment gleaned in their capacities as treating

physicians, but **GRANTED** as to any testimony by them concerning causation or

prognosis.

There is a further matter concerning Dr. Khanna. Plaintiff has moved for leave to present his testimony at trial by way of a video deposition pursuant to Fed. R. Civ. 32(a)(4)(E), due to unavailability at the time of trial. Defendant has not responded to the motion, and has therefore waived or forfeited any objection. It appears desirable in the interest of justice to permit the deposition to be used. Therefore, plaintiff's motion (DE # 41) is **GRANTED**.

**SO ORDERED.**

Date: September 19, 2013

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT